UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUIS WILLIAMS             CIVIL ACTION

versus                                NO. 06-3421

JEFFERY TRAVIS            SECTION: "S" (6)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Louis Williams for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 3rd day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE